# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157429 & (86)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                            SC: 157429
                                            COA: 332835

JAHAN SATATI GREEN,
          Defendant-Appellant.
                                            Wayne CC: 15-005901-FH

_____/

On order of the Court, the application for leave to appeal the December 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2018



d918

                                            Clerk